IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY L. LORSUNG,         )<br>                                     )<br>            Plaintiff,        )<br>                                     )<br>    vs.                            )<br>                                     )<br>MICHAEL J. ASTRUE,        )<br>Commissioner of the Social )<br>Security Administration,    )<br>                                     )<br>            Defendant.    ) | 4:10CV3213<br><br>ORDER |

This matter is before the Court on Plaintiff's motion for extension of time to file his brief (Filing No. 18). For good cause shown,

IT IS ORDERED that plaintiff's motion for extension of time to file brief (Filing No. 18) is granted; and the briefing schedule is modified as follows:

1. The plaintiff shall file a brief by April 28, 2011.

2. The defendant shall file a response brief by May 31, 2011.

3. The plaintiff may file a reply brief by June 16, 2011.

Dated: April 6, 2011

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court